El Paso County - 346th District Court

Filed 10/17/2024 1:59 PM
NORMA FAVELA BARCELEAU
District Clerk
El Paso County
20170D00968

08-24-00396-CR

# IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
## 346th JUDICIAL DISTRICT

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | |
| **v.** | § | **Cause No. 20170D00968** |
| | § | |
| **DARRIN YEAGER** | § | |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 5:52:13 PM
ELIZABETH G. FLORES
Clerk

## NOTICE OF APPEAL

Darrin Yeager, Defendant in the above-styled and numbered cause, gives this Notice of Appeal to the Eighth Court of Appeals of Texas from the judgment rendered against her in this case.

Ivey Law Firm
127 N. Campbell Street
El Paso, Texas 79901

/s/ Ben Ivey
Ben Ivey
Attorney for Defendant
Bar no: 24032462
Office Phone: (915) 544-4839
Fax: (915) 544-1433
Email: office@beniveylaw.com

And

/s/ Thomas Hughes
Thomas S. Hughes
State Bar no.: 10231000
747 E. San Antonio Avenue Suite 202
El Paso, Texas 79901